IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY FREEMAN, #20011465 § § | | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:22-cv-01910-K (BT) |
| | § | |
| DALLAS COUNTY JAIL, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 2, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. And to the extent that a certificate of appealability (COA) is necessary, it is **DENIED**.

**SO ORDERED.**

Signed January 4th, **2023**.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE